FILED
CLERK, U.S. DISTRICT COURT

JAN 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-0836 ABC |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. ) | |
| MOHAMMAD MAJIDI ) | |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he will refrain from criminal conduct — defendant committed a new crime on supervision. He has not shown he will comply w/ conditions

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he will comply w/ conditions of release

IT IS ORDERED that defendant be detained.

DATED: 1/16/14

*/s/ Suzanne H. Segal*
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE